| |
|:---:|
| **West v Genuth** |
| 2024 NY Slip Op 30533(U) |
| February 16, 2024 |
| Supreme Court, Kings County |
| Docket Number: Index No. 507063/21 |
| Judge: Genine D. Edwards |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

At an IAS Term, Part 80 of the Supreme
Court of the State of New York, held in and
for the County of Kings, at the Courthouse,
at 360 Adams Street, Brooklyn, New York,
on the 16th day of February 2024.

P R E S E N T :

HON. GENINE D. EDWARDS,
                              Justice.
-------------------------------------------------------------------------x
GRACIE WEST, as Administratrix of the Goods, Chattels,
and Credits of ANDREW WEST, Deceased,

                              Plaintiff,

          -against-

LEWIS GENUTH, M.D.,
ADVANTAGECARE PHYSICIANS, P.C.,
MARGARITA KHOTSYNA M.D.,
MAYA LIN, M.D., and
NEW YORK PRESBYTERIAN BROOKLYN METHODIST HOSPITAL,

                              Defendants.
-------------------------------------------------------------------------x

DECISION/ORDER

Index No. 507063/21

Mot. Seq. No. 4

The following e-filed papers read herein:                    NYSCEF Doc No.:

Notice of Motion and Affirmation...........................................139-140
Memorandum of Law in Opposition....................................143-144
Reply Affirmation...................................................................147

In this action to recover damages for medical malpractice and wrongful death,

defendants Margarita Khotsyna, M.D., Maya Lin, M.D. ("ER [emergency room]

Attending Lin"), and New York Presbyterian Brooklyn Methodist Hospital ("Methodist")

jointly move for leave to reargue the branch of their prior motion that sought summary

judgment in favor of ER Attending Lin and Methodist (the latter as to the potential

vicarious liability for ER Attending Lin) (collectively, the "Lin defendants"), which was

denied and, upon reargument, granting summary judgment in favor of the Lin defendants

[* 1]

and vacating the prior order to that extent. Defendant Margarita Khotsyna, M.D., although a party to both the prior motion and the instant motion, is not moving for leave to reargue the prior motion as to her own (and, by extension, Methodist's) liability.

Gracie West ("plaintiff"), as the administratrix of the goods, chattels, and credits of Andrew West, deceased (the "patient"), opposes the instant motion, with the notation in Point IV of her memorandum of law that she "voluntarily withdraws all claims against [Methodist] in relation to the [patient's] clinic presentations on June 5, August 14, and August 28 of 2018."

## Discussion

As the Lin defendants correctly pointed out, the affirmation of plaintiff's expert, a double board-certified gastroenterologist and internist, lacked probative value because such expert failed to specify that he (or she) had any specific training or expertise in emergency medicine, or how he (or she) became familiar with the applicable standards of care in the specialized field of emergency medicine. *See Corujo v. Caputo*, ___ A.D.3d ___, ___ N.Y.S.2d ___, 2024 N.Y. Slip Op. 00756 (2d Dept. 2024).

The Court considered the parties' remaining contentions and found them unavailing. All relief not expressly granted herein is denied.

## Conclusion

Accordingly, it is

**ORDERED** that in <u>mot. seq. 4</u>, leave to reargue the prior joint motion in <u>mot. seq. 3</u> of defendants Margarita Khotsyna, M.D., Maya Lin, M.D., and New York Presbyterian Brooklyn Methodist Hospital for summary judgment is granted and, upon

2

[* 2]

reargument, the prior motion is granted to the extent that plaintiff's claims as against Maya Lin, M.D., and New York Presbyterian Brooklyn Methodist Hospital (solely as to potential vicarious liability of ER Attending Lin) are dismissed without costs or disbursements, and the remainder of their prior motion is denied, and it is further

**ORDERED** that, on plaintiff's consent, her additional claims as against New York Presbyterian Brooklyn Methodist Hospital in relation to the patient's clinic presentations on June 5, August 14, and August 28, 2018, are dismissed, and it is further

**ORDERED** that the action is severed and continued as against the remaining defendants, Lewis Genuth, M.D., AdvantageCare Physicians, P.C., Margarita Khotsyna, M.D., and New York Presbyterian Brooklyn Methodist Hospital, and it is further

3

[* 3]

**ORDERED** that to reflect the dismissal of defendant Maya Lin, M.D., from this action, the caption is amended to read as follows:

-------------------------------------------------------------------------------X
GRACIE WEST, as Administratrix of the Goods, Chattels,
and Credits of ANDREW WEST, Deceased,

                             Plaintiff,
      -against-

LEWIS GENUTH, M.D.,
ADVANTAGECARE PHYSICIANS, P.C.,
MARGARITA KHOTSYNA M.D., and
NEW YORK PRESBYTERIAN BROOKLYN METHODIST HOSPITAL,

                           Defendants.
-------------------------------------------------------------------------------X

and it is further

**ORDERED** that the movants' counsel is directed to electronically serve a copy of this decision/order with notice of entry on the other parties' respective counsel and to electronically file an affidavit of service with the Kings County Clerk, and it is further

**ORDERED** that the remaining parties are directed to appear in person for Alternative Dispute Resolution on April 16, 2024, at 12PM.

This constitutes the decision/order of the Court.

ENTER,

J.S.C.

**HON. GENINE D. EDWARDS**

[* 4]